# EXHIBIT B

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 11/3/2015 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with John Arsena to discuss wage and hour claim | T | 0.8000 |
| 11/6/2015 | JMT | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Conference with client John Arsena regarding wage dispute complaint | T | 2.8000 |
| 11/6/2015 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Meeting with client John Arsena to discuss wage and hour claims | T | 2.0000 |
| 11/18/2015 | JMT | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Organize client documents (server report receipts, transaction receipts, time receipts) | T | 1.3000 |
| 11/25/2015 | JMT | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Create wage dispute spreadsheet in regards to false tip deduction | T | 1.6000 |
| 11/25/2015 | JMT | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Create spreadsheet in regards to client paying 4% of gross sales to management | T | 1.7000 |
| 11/25/2015 | JMT | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Create spreadsheet for overtime hours worked | T | 0.6000 |
| 11/25/2015 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Conference with paralegal to discuss issues and categories needed on chart analyzing damages | T | 0.6000 |
| 12/1/2015 | JMT | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Telephone conference with client regarding hours worked per week | T | 0.2000 |
| 12/15/2015 | JMT | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Telephone conference with client regarding witnesses willing to testify | T | 0.2000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------------------------------|------------------------|-------|
| 12/28/2015 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze client documents for purposes of developing strategy for drafting complaint. | T | 1.2000 |
| 12/29/2015 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review documents and discuss complaint with associate | T | 0.6000 |
| 12/29/2015 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Meet with D. Ehrlich re: drafting of Arsena complaint. | T | 0.3000 |
| 12/30/2015 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze recent precedent on NY Labor Law 193 for purposes of developing strategy for drafting complaint. | T | 2.5000 |
| 12/30/2015 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze recent precedent on Tip Credit Notice for purposes of developing strategy to draft complaint. | T | 1.9000 |
| 12/31/2015 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft complaint. | T | 2.4000 |
| 1/5/2016 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze recent precedent on NYS Labor Law 198 for purposes of drafting complaint. | T | 1.3000 |
| 1/6/2016 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft collective action portion of complaint | T | 1.3000 |
| 1/7/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise complaint | T | 1.1000 |
| 1/7/2016 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise complaint | T | 1.2000 |

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 1/8/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client about hours worked | T | 0.3000 |
| 1/8/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Research regarding entity owning restaurant | T | 0.3000 |
| 1/11/2016 | TK | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Research various business entities and corporations to develop a better idea of who actually owns the business in question and who they are connected with | T | 0.8000 |
| 1/11/2016 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze lexis report on your mothers house for purposes of identifying proper parties for complaint | T | 0.2000 |
| 1/11/2016 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze lexis report on mh restaurant group for purposes of identifying proper parties for complaint | T | 0.2000 |
| 1/11/2016 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise complaint | T | 0.4000 |
| 1/12/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with witness to gather facts | T | 0.6000 |
| 1/12/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze report regarding defendant restaurant | T | 0.3000 |
| 1/19/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconferences with client regarding gathering information for complaint | T | 0.2000 |
| 1/20/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconferences and correspondence with plaintiffs regarding information for complaint | T | 0.3000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------------------------------------------------------|------------------------|-------|
| 1/20/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze research reports on defendants and confer with associate regarding additions to complaint | T | 0.4000 |
| 1/21/2016 | AH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise complaint to add additional defendants | T | 0.8000 |
| 1/27/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with client to discuss documents needed to add to complaint | T | 0.2000 |
| 2/1/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with client regarding filing complaint | T | 0.2000 |
| 2/9/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference and correspondence with client about filing complaint | T | 0.3000 |
| 2/26/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with witness regarding employment claim | T | 0.3000 |
| 2/29/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review submissions to Department of Labor and draft opposition to appeals board | T | 2.2000 |
| 2/29/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Several conversations with client to gather facts for opposition to employer's appeal to board to ensure claim consistancy | T | 0.5000 |
| 3/1/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client regarding submission of unemployment appeals board | T | 0.3000 |
| 3/25/2016 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise complaint | T | 1.1000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|---|---|---|---|---|
| 3/28/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with client regarding proposed complaint | T | 0.1000 |
| 3/28/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise complaint | T | 0.3000 |
| 3/29/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client regarding filing of complaint | T | 0.3000 |
| 4/4/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with judges regarding courtesy copy of summons and complaint | T | 0.1000 |
| 5/4/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with attorney for defendant and analyze pay checks | T | 0.6000 |
| 5/6/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding claims | T | 0.6000 |
| 5/18/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with defendant regarding claims | T | 0.4000 |
| 6/17/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review documents sent by defendant regarding case | T | 0.2000 |
| 6/21/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client discussing defendants' production of documents | T | 0.3000 |
| 7/6/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client to discuss documents sent by defendant | T | 0.4000 |
| 7/6/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review documents sent by defendants and pay | T | 0.4000 |

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------------------------------------------------------------|------------------------|-------|
| | | receipts produced by client | | |
| 7/14/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with defendant attorney regarding claims and settlement | T | 0.4000 |
| 7/29/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Strategize with partner regarding settlement | T | 0.2000 |
| 7/29/2016 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Confer with associate regarding strategy | T | 0.2000 |
| 8/1/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client to discuss witnesses to confirm no pay of tips to runners | T | 0.5000 |
| 9/14/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client to discuss witnesses | T | 0.2000 |
| 10/20/2016 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding status report and answer due date | T | 0.1000 |
| 10/26/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with defendant attorney regarding status submission and merits of case | T | 0.3000 |
| 10/26/2016 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding proposed joint status report | T | 0.1000 |
| 10/26/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with defendant attorney regarding status submission and merits of case | T | 0.3000 |
| 10/31/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding order granting extension of time to answer | T | 0.1000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------------------------------------------------------|------------------------|-------|
| 10/31/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding order granting extension of time to answer | T | 0.1000 |
| 10/31/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding order granting extension of time to answer | T | 0.1000 |
| 10/31/2016 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review order directing answer due date | T | 0.1000 |
| 12/2/2016 | MET | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare certificate of default | T | 0.2000 |
| 12/2/2016 | MET | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare request for certificate of default | T | 0.2000 |
| 12/2/2016 | MET | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare affirmation in support of application for notation of default | T | 0.7000 |
| 12/2/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond many times with defendant regarding motion for default and court's order requiring answer to be served | T | 0.7000 |
| 12/5/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review Rule 11 Letter | T | 0.2000 |
| 12/6/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Research regarding Rule 11 letter and the causes of action that are viable | T | 1.5000 |
| 12/10/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft response to Rule 11 letter which included analysis of IRS codes | T | 2.0000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 12/10/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client about witnesses, facts of case and potential settlement | T | 0.5000 |
| 12/12/2016 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise response to defendant's demand for withdrawal of complaint | T | 0.4000 |
| 12/12/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review latest draft of response to defendant's rule 11 letter and finalize letter | T | 0.3000 |
| 12/16/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review defendants response to our Rule 11 response, and strategize on how to proceed | T | 0.2000 |
| 12/19/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with client regarding defendants' answer | T | 0.1000 |
| 12/19/2016 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client and correspond with defendant regarding possible mediation | T | 0.3000 |
| 1/3/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding adjournment of conference and settlement demand | T | 0.3000 |
| 1/27/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with court regarding adjournment of conference | T | 0.1000 |
| 1/30/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft amended complaint | T | 1.2000 |
| 2/1/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding proposed amended complaint | T | 0.1000 |

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|----------------------------------------------------------|------------------------|-------|
| 2/14/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze correspondence with opposing counsel to begin developing motion to amend complaint and motion for preliminary certification for collective action | T | 0.2000 |
| 2/15/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Brief associate on key issues for motion to amend and collective action motion | T | 0.2000 |
| 2/16/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Begin drafting letter motion to amend complaint | T | 0.6000 |
| 2/24/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Continue drafting letter motion to amend complaint | T | 0.4000 |
| 2/27/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Telephone conference with court regarding scheduling order | T | 0.2000 |
| 2/27/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare scheduling order | T | 0.4000 |
| 2/28/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Continue drafting letter motion to amend complaint | T | 1.9000 |
| 2/28/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding scheduling order | T | 0.2000 |
| 3/1/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with Defendants regarding proposed scheduling order | T | 0.3000 |
| 3/1/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Continue drafting letter motion to amend complaint | T | 1.4000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|-----------------------------------------------|-----------------|-------|
| 3/2/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspondence regarding scheduling order and revise scheduling order | T | 0.4000 |
| 3/2/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Finalize letter motion to amend complaint | T | 0.1000 |
| 3/3/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding adjournment of conference | T | 0.1000 |
| 3/7/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft reply to defendants' opposition to our motion to amend | T | 1.5000 |
| 3/10/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with court regarding proposed dates for court adjourned conference | T | 0.1000 |
| 3/22/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze recent federal court precedent regarding collective action certification and notice of pendency requirements | T | 1.2000 |
| 3/22/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Continue drafting motion for collective action | T | 3.6000 |
| 3/23/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Continue drafting collective action motion | T | 1.5000 |
| 4/21/2017 | SH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Telephone conference with court regarding adjournment of conference and correspond with adversary regarding same | T | 0.1000 |
| 4/25/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with court regarding rescheduling of conference | T | 0.1000 |

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------------------------------------------------------------|------------------------|-------|
| 5/18/2017 | HH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Analyze initial conference order in preparation of revising proposed discovery plan and drafting initial disclosures | T | 0.3000 |
| 5/18/2017 | HH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise proposed discovery plan | T | 0.5000 |
| 5/18/2017 | HH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Confer with senior associate regarding initial disclosures and proposed discovery plan | T | 0.2000 |
| 5/18/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding revised proposed scheduling order | T | 0.1000 |
| 5/22/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding revised proposed scheduling order | T | 0.1000 |
| 5/23/2017 | KB | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft Plaintiff's initial disclosures and gather documents to attach | T | 0.7000 |
| 5/24/2017 | HH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review and revise initial disclosures | T | 1.1000 |
| 5/24/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise initial disclosures | T | 0.3000 |
| 5/25/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare for and attend conference before judge to argue motion to amend and discuss discovery schedule | T | 2.0000 |
| 6/1/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with judges to forward courtesy copy of amended complaint | T | 0.1000 |

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 6/1/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Appear for oral argument on motion to amend and<br>conference to discuss discovery | T | 2.5000 |
| 6/1/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare for oral argument of motion to amend | T | 0.3000 |
| 6/26/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare for call with defendant and leave message | T | 0.2000 |
| 7/5/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare interrogatories | T | 1.8000 |
| 7/5/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare document demand | T | 1.4000 |
| 7/5/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Strategize regarding settlement and collective action | T | 0.3000 |
| 7/5/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise document demands and interrogatories | T | 0.7000 |
| 7/6/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Continue drafting motion to certify collective action | T | 0.8000 |
| 7/7/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Further prepare motion for conditional collective<br>certification | T | 2.7000 |
| 7/11/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Further prepare collective action motion | T | 0.6000 |
| 7/11/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Begin drafting a proposed notice of pendency | T | 0.5000 |
| 7/25/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise memorandum of law for conditional | T | 1.7000 |

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units |
|------|------|-----------|------|------|
| | | certification of collective action | | |
| 7/27/2017 | SA | ARS.17315 / John Arsena | T | 0.2000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Confer with partner DRE regarding collective action motion and notice of pendency | | |
| 7/27/2017 | DRE | ARS.17315 / John Arsena | T | 1.2000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Draft affidavit in support of motion | | |
| 7/27/2017 | DRE | ARS.17315 / John Arsena | T | 1.3000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Draft proposed notice of pendecy for motion for collective action | | |
| 7/27/2017 | DRE | ARS.17315 / John Arsena | T | 1.0000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Research regarding collective actions and interplay with New York laws | | |
| 7/27/2017 | DRE | ARS.17315 / John Arsena | T | 1.3000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Revise all motion papers to comport with law relating to collective actions | | |
| 7/28/2017 | DRE | ARS.17315 / John Arsena | T | 1.2000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Revise and finalize all papers for motion for a collective action | | |
| 7/28/2017 | DRE | ARS.17315 / John Arsena | T | 0.7000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Research regarding motion for collective action and class action | | |
| 7/28/2017 | DRE | ARS.17315 / John Arsena | T | 0.3000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Teleconference with client to discuss affidavit | | |
| 8/1/2017 | SH | ARS.17315 / John Arsena | T | 0.1000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Correspond with client regarding affidavit | | |
| 8/3/2017 | DLW | ARS.17315 / John Arsena | T | 0.7000 |
| | | Arsena, John v. Your Mothers House | | |
| | | Review client receipts, etc. for discovery responses | | |

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id')
and Fees

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units |
|------|------|--------------------------------------------------|---------------------|-------|
| 8/4/2017 | JW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Copying and scanning receipts for discovery responses | T | 3.0000 |
| 8/4/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Work on discovery responses | T | 2.3000 |
| 8/7/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare letter to the court requesting a pre-motion conference | T | 0.5000 |
| 8/8/2017 | SA | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Further prepare pre-conference letter to court | T | 1.1000 |
| 8/9/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Revise pre-motion letter regarding collective action | T | 0.5000 |
| 8/9/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding conference call to discuss pre-motion letter | T | 0.2000 |
| 8/9/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Confer with partner regarding settlement | T | 0.3000 |
| 8/10/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare for call with defendant regarding settlement | T | 0.2000 |
| 8/10/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with defendant regarding settlement | T | 0.3000 |
| 8/11/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding proposed letter to judge regarding discovery responses extension | T | 0.1000 |
| 8/11/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with court regarding request for extension of time to response to discovery demands | T | 0.1000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|---------|------|-------|
| 8/11/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft letter requesting extension for discovery and converse with defendant about the same. | T | 0.3000 |
| 8/21/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with defendant regarding settlement terms | T | 0.3000 |
| 8/25/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant attorney regarding potential settlement of case | T | 0.2000 |
| 8/31/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with adversary regarding settlement status | T | 0.1000 |
| 9/1/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client regarding defendants' settlement offer | T | 0.4000 |
| 9/5/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Strategize with partner regarding settlement | T | 0.2000 |
| 9/5/2017 | DLW | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Confer with partner regarding settlement | T | 0.2000 |
| 9/6/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding counteroffer for settlement | T | 0.3000 |
| 9/6/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft e-mail to client summarizing conversation about settlement authority | T | 0.3000 |
| 9/18/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Convey counteroffer to defendants | T | 0.2000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|---------------------------------------------------------|------------------------|-------|
| 9/26/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant and finalize terms of settlement | T | 0.2000 |
| 9/27/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding finalizing settlement | T | 0.1000 |
| 9/29/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with client to discuss final terms of settlement | T | 0.3000 |
| 10/2/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>E-mail to defendant regarding progress of settlement agreement | T | 0.2000 |
| 10/10/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with defendant attorney regarding conference with court regarding settlement agreement and its publication | T | 0.3000 |
| 10/13/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Teleconference with court regarding settlement agreement | T | 0.2000 |
| 10/16/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Appear for conference before the Court to discuss procedure for settlement submission | T | 2.4000 |
| 10/23/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review and revise proposed settlement agreement | T | 1.0000 |
| 10/23/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Draft application for settlement agreement to be approved | T | 1.4000 |
| 11/8/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding settlement | T | 0.2000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|-----------------------------------------------------------|------------------------|-------|
| | | agreement and motion for approval | | |
| 11/13/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Respond to defendant regarding changes in letter application to approve settlement | T | 0.3000 |
| 11/14/2017 | SH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare notice of consent to magistrate and correspond with adversary regarding same | T | 0.1000 |
| 11/20/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Review invoices to be attached as exhibit to application to court for settlement approval | T | 0.6000 |
| | | | Grand Total | 110.7000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
date >= ask user('Type in begin date') and date <= ask user('Type in ending date') and matter id ask user('Type in matter id') and Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|---------|------|-------|
| **Date: 11/8/2017** | | | | |
| 11/8/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Correspond with defendant regarding settlement agreement and motion for approval | T | 0.2000 |
| | | | Date: 11/8/2017 | 0.2000 |
| **Date: 11/13/2017** | | | | |
| 11/13/2017 | DRE | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Respond to defendant regarding changes in letter application to approve settlement | T | 0.3000 |
| | | | Date: 11/13/2017 | 0.3000 |
| **Date: 11/14/2017** | | | | |
| 11/14/2017 | SH | ARS.17315 / John Arsena<br>Arsena, John v. Your Mothers House<br>Prepare notice of consent to magistrate and correspond with adversary regarding same | T | 0.1000 |
| | | | Date: 11/14/2017 | 0.1000 |
| | | | Grand Total | 0.6000 |



STAGG TERENZI CONFUSIONE & WABNIK
ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

John Arsena
27 Cross Street
Williston Park, New York

| | |
|---|---|
| STCW MATTER #: | ARS.17315 |
| STATEMENT #: | 113227 |
| STATEMENT AS OF: | February 29, 2016 |

RE: Arsena, John v. Your Mothers House

**DISBURSEMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30/2015 | Legal Research | $6.51 |
| 1/5/2016 | Legal Research | $5.70 |
| 1/11/2016 | Legal Research | $15.72 |
| 1/20/2016 | Postage | $0.71 |

| | |
|---|---|
| Total Disbursements: | $28.64 |
| AMOUNT FOR THIS STATEMENT: | $28.64 |
| PREVIOUS BALANCE DUE: | $0.00 |
| **TOTAL NOW DUE:** | **$28.64** |

*****BALANCE DUE UPON RECEIPT*****



## STC&W

### STAGG TERENZI CONFUSIONE & WABNIK
#### ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

John Arsena
27 Cross Street
Williston Park, New York 11596

| | |
|---|---|
| STCW MATTER #: | ARS.17315 |
| STATEMENT #: | 113918 |
| STATEMENT AS OF: | March 31, 2016 |

RE: Arsena, John v. Your Mothers House

**DISBURSEMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/1/2016 | Postage | $1.64 |
| 3/1/2016 | Photocopies | $3.00 |
| 3/30/2016 | Court Filing Fees | $400.00 |

| | |
|---|---|
| Total Disbursements: | $404.64 |
| AMOUNT FOR THIS STATEMENT: | $404.64 |
| PREVIOUS BALANCE DUE: | $28.64 |
| **TOTAL NOW DUE:** | **$433.28** |

*****BALANCE DUE UPON RECEIPT*****



**STCW**

STAGG TERENZI CONFUSIONE & WABNIK
ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

John Arsena
27 Cross Street
Williston Park, New York 11596

| | |
|---|---|
| STCW MATTER #: | ARS.17315 |
| STATEMENT #: | 114636 |
| STATEMENT AS OF: | April 30, 2016 |

RE: Arsena, John v. Your Mothers House

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/4/2016 | Postage | $1.86 |
| 4/4/2016 | Postage | $1.86 |
| 4/4/2016 | Photocopies | $38.10 |
| 4/4/2016 | Photocopies | $7.20 |
| 4/18/2016 | Process Server | $68.00 |
| 4/18/2016 | Process Server | $68.00 |
| 4/18/2016 | Process Server | $65.00 |

|  |  |
|---|---|
| Total Disbursements: | $250.02 |
| AMOUNT FOR THIS STATEMENT: | $250.02 |
| PREVIOUS BALANCE DUE: | $433.28 |
| **TOTAL NOW DUE:** | **$683.30** |

*****BALANCE DUE UPON RECEIPT*****



**STAGG TERENZI CONFUSIONE & WABNIK**
ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

John Arsena
27 Cross Street
Williston Park, New York 11596

| | |
|---|---|
| STCW MATTER #: | ARS.17315 |
| STATEMENT #: | 122378 |
| STATEMENT AS OF: | May 2, 2017 |

RE: Arsena, John v. Your Mothers House

**DISBURSEMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/6/2016 | Legal Research | $12.77 |
| 12/13/2016 | Postage | $0.46 |
| 12/13/2016 | Photocopies | $0.45 |
| 2/28/2017 | Legal Research | $6.51 |
| 3/3/2017 | Photocopies | $5.40 |
| 3/22/2017 | Legal Research | $26.17 |

Total Disbursements: $51.76

AMOUNT FOR THIS STATEMENT: $51.76
PREVIOUS BALANCE DUE: $683.30

**TOTAL NOW DUE:** **$735.06**

*****BALANCE DUE UPON RECEIPT*****



**STAGG TERENZI CONFUSIONE & WABNIK**
ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

| | | |
|---|---|---|
| John Arsena | STCW MATTER #: | ARS.17315 |
| 27 Cross Street | STATEMENT #: | 123109 |
| Williston Park, New York 11596 | | |
| | STATEMENT AS OF: | May 31, 2017 |

RE: Arsena, John v. Your Mothers House

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/24/2017 | Photocopies | $12.30 |
| 5/24/2017 | Photocopies | $3.75 |
| 5/25/2017 | Travel Expenses- Mileage | $29.96 |

| | |
|---|---|
| Total Disbursements: | $46.01 |
| AMOUNT FOR THIS STATEMENT: | $46.01 |
| PREVIOUS BALANCE DUE: | $735.06 |
| **TOTAL NOW DUE:** | **$781.07** |

\*\*\*\*\*BALANCE DUE UPON RECEIPT\*\*\*\*\*



**STCW**
STAGG TERENZI CONFUSIONE & WABNIK
ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

John Arsena
27 Cross Street
Williston Park, New York 11596

| | | |
|---|---|---|
| STCW MATTER #: | | ARS.17315 |
| STATEMENT #: | | 123521 |
| STATEMENT AS OF: | | June 30, 2017 |

RE: Arsena, John v. Your Mothers House

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/1/2017 | Travel Expenses- Mileage | $29.96 |
| 6/1/2017 | Photocopies | $0.90 |
| 6/2/2017 | Postage | $3.68 |

| | |
|---|---|
| Total Disbursements: | $34.54 |
| AMOUNT FOR THIS STATEMENT: | $34.54 |
| PREVIOUS BALANCE DUE: | $781.07 |
| **TOTAL NOW DUE:** | **$815.61** |

*****BALANCE DUE UPON RECEIPT*****



**STCW**
STAGG TERENZI CONFUSIONE & WABNIK
ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

| | | |
|---|---|---|
| John Arsena | **STCW MATTER #:** | ARS.17315 |
| 27 Cross Street | **STATEMENT #:** | 124375 |
| Williston Park, New York 11596 | | |
| | **STATEMENT AS OF:** | July 31, 2017 |

RE: Arsena, John v. Your Mothers House

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/7/2017 | Legal Research | $24.59 |
| 7/7/2017 | Postage | $0.98 |
| 7/27/2017 | Legal Research | $8.43 |
| | Total Disbursements: | $34.00 |
| | **AMOUNT FOR THIS STATEMENT:** | $34.00 |
| | **PREVIOUS BALANCE DUE:** | $815.61 |
| | **TOTAL NOW DUE:** | **$849.61** |

*****BALANCE DUE UPON RECEIPT*****



**STAGG TERENZI CONFUSIONE & WABNIK**
ATTORNEYS AT LAW

401 Franklin Avenue
Suite 300
Garden City, New York 11530

(516) 812-4500
Fax: (516) 812-4600
Tax ID # 27-0196308

John Arsena
27 Cross Street
Williston Park, New York 11596

| | |
|---|---|
| STCW MATTER #: | ARS.17315 |
| STATEMENT #: | 125094 |
| STATEMENT AS OF: | August 31, 2017 |

RE: Arsena, John v. Your Mothers House

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/4/2017 | Photocopies | $24.00 |
| 8/9/2017 | Postage | $0.46 |
| | Total Disbursements: | $24.46 |

| | |
|---|---|
| AMOUNT FOR THIS STATEMENT: | $24.46 |
| PREVIOUS BALANCE DUE: | $849.61 |
| **TOTAL NOW DUE:** | **$874.07** |

*****BALANCE DUE UPON RECEIPT*****